IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

163240
Jimmie Bozeman
_____
Full name and prison number of
plaintiff(s)

v.

Officer Gwindenlin Davis
Susie Jackson
Anthoy Jackson
LT, maRcus
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

RECEIVED
2007 JAN 10  A 10: 01

CIVIL ACTION NO. 2:07CV 36-MHT
(To be supplied by the Clerk of the
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )  No (✗)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )  No (✗)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) Jimmie Bozeman
      Defendant(s) Gwindenlin Davis
      Susie Jackson

   2. Court (if federal court, name the district; if state court, name the county)
      Montgomery court

   3. Docket No. CC2063496479

   4. Name of Judge to whom case was assigned William Cole

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

6. Approximate date of filing lawsuit   11-4-06

7. Approximate date of disposition   11-4-06

II. PLACE OF PRESENT CONFINEMENT ~~[redacted]~~
   In front of shift office

   PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Bullock County Correctional Prison

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   |   | NAME | ADDRESS |
   |---|---|---|
   | 1. | Anthony Jackson | 5107 Union Springs |
   | 2. | Susie Jackson |  |
   | 3. | Gwindlin Davis |  |
   | 4. | Officer Hall |  |
   | 5. | Lt. Marcus |  |
   | 6. | Sgt. |  |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED   11-20-06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

   GROUND ONE: Officer Hall came in the dorm and started hollering

   STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
   Officer Hall Dorm-4 Time 7:30 AM Gwindlin Davis came behind her Sgt, Susie Jackson was the hearing officer Anthony Jackson

-2-

GROUND TWO: They want to take care of me

SUPPORTING FACTS: She threatened to jump on me. They also took my visitation and my phone priviges with I never had. I don't catch the state any way.

GROUND THREE: I have no money any way

SUPPORTING FACTS: I want them to have nothing. I am under court order I can do whatever I want to. I have a mentally ill problem I'm not responcible for my actions

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
Transferr or suspend them and placed under house arrest I want them to pay me and give me more food

_Timmie Bozeman_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
EXECUTED on  11-4-06
(date)

_Timmie Bozeman_
Signature of plaintiff(s)

-3-

Complaint                                    10-1-06

To whom it may concern        Time 4:30

I Jimmie Bozeman am writing a complaint about a write up that I got on the 28th month of August time 4:30PM COI Officer Hoyle found 2 nails in my possetion but it wasn't two nails it was a nail it was a nail and a peace of wire I was going to hurt someone I don't care who it was anyone that got in my way and I still will hurt anyone who get in my way

From Jimmie

PS. I Don't Play

They told me that I can't call my family
They gave me 25 days segragation time

25 days lost of phone privaleges store privaleges and visatation

Warden Boyd approved segragation time.

11-20
Time
9:35 PM

TRUE STATEMENT
I Jimmie Bozeman am
Filing a complaint against
these officers
Officer Gwindenlin Davis
COI correctional officer
Officer Susie Jackson
Sgt. Anthony Jackson
Lt. Marcus
COI correctional officer
Hall

Officer Hall came in
the dorm hollowing get
up by the time I get
back then officer
Gwindenlin Davis came
in the dorm cursing
and hallowing get yall
dam ass out of here
I stated stop all that
noise people are sleep
that is when she
wrote me up.