IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JIMMIE BOZEMAN, #163 240  \*

    Plaintiff,  \*

    v.  \*  2:07-CV-36-MHT

OFFICER GWINDINLIN DAVIS, *et al.*,\*

    Defendants.  \*
_____

# O R D E R

The above-captioned complaint was filed in this court on January 10, 2007. The complaint was accompanied by a request for leave to proceed *in forma pauperis*. Although Plaintiff's complaint and request to proceed *in forma pauperis* have been accepted for filing, the court finds that Plaintiff has failed to sign his request for IFP status.

Plaintiff is advised that, pursuant to F.R.Civ.P. 11, every pleading, motion, and other paper filed with the court must be signed by the party filing such pleading, motion or other paper or signed by said party's attorney of record.

Accordingly, the Clerk of Court is DIRECTED to send to Plaintiff a form for use in requesting leave to proceed *in forma pauperis*. Plaintiff is advised that if he wants this court to consider his IFP request he should complete and sign the IFP form accompanying this order. It is

ORDERED that on or before January 30, 2007 Plaintiff FILE the completed and signed IFP form enclosed with this order. Plaintiff is cautioned that his failure to comply with the directives contained in this order will result in a Recommendation that this

complaint be dismissed.

    Done, this 16th day of January 2007.


                                    /s/Wallace Capel, Jr.
                            WALLACE CAPEL, JR.
                            UNITED STATES MAGISTRATE JUDGE