Original complaint for 1-24-07
Leave against co. officer Time 9:45
gwindlin Davis.
I Jimmie Bozeman am filing a
motion against officer on first
shift for leave.
Officer gwindlyn Davis is to
never ever come back to work
even again I mean that
I have no money my family have
no money my account balance is nothing
I have not had any money sence
I have been locked up my
social security number is 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
my mother's name is Eloise Bozeman
her address is 6504 Joppa Ct
Birmingham ALa
35212
her phone 205-956-2431
        Thank you
        very much
        From Jimmie

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_montgomery_   District of _Alabama_

Jimmie Bozeman
Plaintiff

V.

Officer Gwindentin Douas
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: _2:07cv36-MHT_

I, _Jimmie Bozeman_, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?       ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Bullock County Correctional_

   Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☒ No
   b. Rent payments, interest or dividends              ☐ Yes     ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☒ No
   d. Disability or workers compensation payments       ☐ Yes     ☒ No
   e. Gifts or inheritances                             ☐ Yes     ☒ No
   f. Any other sources                                 ☐ Yes     ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_1-19-07_   _Jimmie Bozeman JR._
Date             Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

