IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JIMMIE BOZEMAN, #163 240          *

    Plaintiff,                              *

    v.                                          *    2:07-CV-36-MHT
                                                          (WO)

OFFICER GWINDENLIN DAVIS, *et al.*,    *

    Defendants.                           *

_____

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on February 1, 2007, (Doc. # 5), that this case be dismissed without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

Done this the 28th day of February, 2007.

                                                              /s/ Myron H. Thompson
                                                  UNITED STATES DISTRICT JUDGE